IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO
08 MAR 20 AM 10:02
CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**JAMES AGUILAR,**

Defendant.

CRIMINAL NO. 08-522

26 U.S.C. §§ 5845(a)(2), 5861(d), 5871: Possession of an Unregistered Firearm made from a Shotgun.

INDICTMENT

The Grand Jury charges:

On or about September 16, 2007, in Otero County, in the District of New Mexico, the defendant, **JAMES AGUILAR,** did knowingly possess a firearm, that is, a weapon made from a shotgun, further described as a Winchester, Model 25, 12 gauge shotgun bearing Serial Number 9824, having a barrel length of 14 3/8 inches, an overall length of 25 7/8 inches, said firearm not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a)(2), 5861(d), 5871.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

/s/

Assistant United States Attorney

03/11/08 11:03am