AO 442 (Rev. 12/85) Warrant for Arrest

1465806

# United States District Court

FILED
DISTRICT COURT
DISTRICT OF NEW MEXICO

DISTRICT OF NEW MEXICO

08 JUN 25 PM 2:52

CLERK - LAS CRUCES

UNITED STATES OF AMERICA
v.

**WARRANT FOR ARREST**

**JAMES AGUILAR**
4757 Kelly Way N.E.
Rio Rancho, NM 87124

**CASE NO:** 08CR522

2008 MAR 20 PM 4:25

US MARSHALS SERVICE
LAS CRUCES, NEW MEXICO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES AGUILAR**
Name

and bring him/her forthwith to the nearest magistrate to answer a(n)

**xx** Indictment ☐Information ☐Complaint ☐Order of court ☐Violation Notice ☐ Probation Violation Petition

Charging him/her with (brief description of offense)

26 U.S.C. §§ 5845(a)(2), 5861(d), 5871: Possession of an Unregistered Firearm made from a Shotgun.

in violation of Title 26 United States Code, Section(s) 5845, 5861, 5871

MATTHEW J. DYKMAN
Name of Issuing Officer

CLERK OF THE COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

3/20/08 @ Las Cruces, NM
Date and Location

Bail fixed at $ ____________

by ____________
Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at Rio Ranch, NM |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 03/20/2008 | Kent Halverson DUSM | [signature] |
| DATE OF ARREST 06/23/2008 | | |